AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Francisco Moreno

           Plaintiff,

v.

Cox Communications Las Vegas, Inc.

           Defendant.

JUDGMENT IN A CIVIL CASE

Case Number:  2:17-cv-02583-JCM-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment has been entered in favor of the Defendant and against the Plaintiff.

3/13/2019
Date

DEBRA K. KEMPI
Clerk

/s/ A. Reyes
Deputy Clerk